RAYNETTA JONES * NO. 2022-CA-0104

VERSUS * COURT OF APPEAL

QUALITY DISTRIBUTION, * FOURTH CIRCUIT
INC., NSM INSURANCE
GROUP D/B/A TRUE * STATE OF LOUISIANA
TRANSPORT INSURER AND
MICHAEL HAMMOND, JR. *

*
* * * * * * *

CONSOLIDATED WITH:                    CONSOLIDATED WITH:

LATOYA STATUM, RASHAAD              NO. 2022-CA-0105
HARRIS AND JASON PETERS, SR.
ON BEHALF OF THE MINOR
CHILD, JASON PETERS, JR.

VERSUS

OLD REPUBLIC INSURANCE
COMPANY, QUALITY CARRIER,
INC., AND MICHAEL HAMMOND


DNA    ATKINS, J., CONCURS IN THE RESULT